# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BYRON BRANDT, Individually and on Behalf of All Other Persons Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNILIFE CORPORATION, ALAN D. SHORTALL, R. RICHARD WIELAND, and RAMIN MOJDEH, <br><br> Defendants. | **Civil Action No.: 13-cv-02690-JEJ** |

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Byron Brandt ("Plaintiff") hereby voluntarily dismisses his action, *Brandt v. Unilife Corporation, et al.*, 13-CV-02690-JEJ, brought before the Middle District Court of Pennsylvania, without prejudice, as to all defendants.  As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss to Plaintiff's action.

Dated: January 7, 2014

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman (NY ID No. 4161352)
(admitted *pro hac vice*)
Lesley F. Portnoy (NY ID No. 4832903)
(admitted *pro hac vice*)
600 Third Avenue – 20th Floor
New York, New York 10017
Telephone: 212-661-1100
Facsimile: 212-661-8665
jalieberman@pomlaw.com
lfportnoy@pomlaw.com

**OBERMAYER REBMANN MAXWELL &
HIPPEL LLP**
Walter Cohen (PA ID No. 12097)
Kevin J. Kehner (PA ID No. 33539)
200 Locust Street, Suite 400
Harrisburg, PA 17101
Telephone: 717-221-7921
Facsimile: 717-234-9734
walter.cohen@obermayer.com
kevin.kehner@obermayer.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/  Jeremy A. Lieberman*
Jeremy A. Lieberman